Dustin F. Hecker, Esq. (*pro hac vice*)
Justin A. Kesselman, Esq. (*pro hac vice*)
ARENT FOX LLP
The Prudential Tower
800 Boylston Street
Boston, MA  02199
Telephone: 617.973.6131
Facsimile: 617.367.2500
Attorneys for Plaintiff and Cross-Defendant
MAGIC LINK GARMENT LTD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIC LINK GARMENT LTD., a Hong Kong Limited Company, <br><br> Plaintiff, <br><br> v. <br><br> THIRDLOVE, INC. a Delaware Corporation, <br><br> Defendant. <br><br> AND RELATED CROSS-COMPLAINT. | CASE NO.  4:18-cv-07366-PJH <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT WITNESS DISCLOSURE DEADLINES |

The plaintiff, Magic Link Garment Ltd., and the defendant, ThirdLove, Inc., jointly request that the Court extend by approximately two weeks the time within which each may serve their initial and rebuttal expert disclosures.

WHEREAS, the current deadline for the submission of expert disclosures is October 30, 2019, and the current deadline for the submission of rebuttal disclosures is December 6, 2019;

WHEREAS, the deadline for the completion of expert discovery is January 31, 2010;

WHEREAS, the parties completed fact discovery by the October 4, 2019 deadline;

WHEREAS, the parties have certain limited discovery disputes of which they have

*STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT*
*WITNESS DISCLOSURE DEADLINES*

provided notice to the Court on October 11, 2019;

WHEREAS, Magic Link would like to review the products it delivered to ThirdLove and which remain in a FedEx warehouse in Greenwood, Indiana prior to submission of its expert report, which inspection cannot occur until early November 2019;

WHEREAS, ThirdLove's expert also would prefer additional time to prepare the initial expert disclosure;

THEREFORE, the parties stipulate that the expert disclosure deadlines be extended as follows:

DISCLOSURE OF EXPERTS (retained and non-retained):  November 15, 2019.

REBUTTAL:  December 20, 2019.

The parties do not request any other deadlines set out in the Court's Case Management Order, as amended July 31, 2019, will be changed.

Dated:  October 17, 2019

                              Respectfully submitted,

MAGIC LINK GARMENT LTD.
By its attorneys,

/s/ *Dustin F. Hecker*
Dustin F. Hecker, Esq. (*pro hac vice*)
dhecker@pbl.com
Justin A. Kesselman, Esq. (*pro hac vice*)
jkesselman@pbl.com
ARENT FOX LLP
The Prudential Tower
800 Boylston St.
Boston, MA 02199
Tele:  617-973-6100
*Attorneys for Plaintiff and Cross-Defendant Magic Link Ltd.*

THIRDLOVE, INC.
By its attorneys,

BERGESON, LLP

*/s/ John D. Pernick*
John D. Pernick (SBN 155468)
jpernick@be-law.com
Jaideep Venkatesan, Esq.
jvenkatesan@be-law.com
Bergeson LLP
111 North Market Street, Suite 600
San Jose, CA  95113
Tele: \\(408) 291-6200
*Attorneys for Defendant and Cross-Plaintiff Thirdlove, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  October 18, 2019

_____
United States District Judge
*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

## ATTESTATION

I, Dustin F. Hecker am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT WITNESS DISCLOSURE DEADLINES.  In compliance with Civil Local Rule 5-1(i)(3), I attest that all other signatories have concurred in this filing.

Dated: October 17, 2019

## CERTIFICATE OF SERVICE

I, Dustin F. Hecker, counsel for the Plaintiff and Cross-Defendant in the above-captioned matter, hereby certify that on this 17th day of October the foregoing STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT WITNESS DISCLOSURE DEADLINES filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Dustin F. Hecker*
Dustin F. Hecker